FILED

GREAT FALLS

2012 APR 18 PM 2 48

PATRICK E. DUFFY, CLERK

BY _____

DEPUTY CLERK



# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| MARTIN MORRIS REDFERN,<br><br>               Plaintiff,<br><br>vs.<br><br>JANET COX, DENISE McNEELEY,<br>SYLVIA DUBUISSON, and DOES 1-<br>10,<br><br>               Defendants. | No. CV 11-49-GF-SEH<br><br>**ORDER** |

On March 30, 2012, United States Magistrate Judge Keith Strong entered

Findings and Recommendation[1] in this matter. Plaintiff did not file objections.

No review is required of proposed findings and recommendations to which no

---

[1] Docket No. 20.

objection is made.  Thomas v. Arn, 474 U.S. 140, 149-152 (1986).  However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1.      Defendants Janet Cox's and Sylvia Dubuisson's Motion for Summary Judgment[2] is GRANTED.

2.      Summary judgment as to Defendant Denise McNeeley is GRANTED as conceded by Plaintiff.[3]

2.      Plaintiff's Amended Complaint is DISMISSED.

3.      The Clerk of Court is directed to enter judgment accordingly.

DATED this ___18th___ day of April, 2012.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 9.

[3] Docket No. 17 at 1.